ORDERED.

Dated:  December 23, 2019

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

LUZ M. ARJONA AKA LUZ ARJONA AKA
LUZ MARIA ARJONA,

    Debtor.
_____/

Case No. 8:19-bk-06510-CPM

Chapter 7

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY**
**IN FAVOR OF LOANCARE, LLC**
**[Re: 11128 Hartford Fern Dr, Riverview, Florida 33569-2237]**

    **THIS CASE** came before the Court for hearing on December 16, 2019 upon the *Motion for Relief from Automatic Stay* [D.E. #17] (the "*Motion*") filed by LoanCare, LLC ("Secured Creditor") and the Response to Motion for Relief from Automatic Stay of LoanCare, LLC [D.E.#18] (the"Response") filed by the Chapter 7 Trustee. For the reasons stated orally and recorded in open court, it is,

    **ORDERED:**

    1.    Secured Creditor's *Motion* is granted.

    2.    The automatic stay imposed by reason of 11 U.S.C. § 362 is terminated effective ninety (90) days from the entry of this Order with respect to the real property located at property

located at **11128 Hartford Fern Dr, Riverview, Florida 33569-2237** (the, "Property") which is legally described as:

> **LOT 6, BLOCK J OF MOSS LANDING PHASE 3, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 108, PAGE(S) 239 THROUGH 254, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.**

3. This Order Granting the *Motion* is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies against the Property. Secured Creditor shall neither seek nor obtain an *in personam* judgment against Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the Property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor(s).

###

**Order submitted by:**
*Wanda D. Murray*
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: WMurray@aldridgepite.com


Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

**DEBTOR ATTORNEY**
**(via electronic notice)**

Jose Hernandez-Sosa
jehzsa@tampabay.rr.com

**DEBTOR**
Luz M. Arjona
11128 Hartford Fern Dr.
Riverview, FL 33569

**TRUSTEE**
**(via electronic notice)**
Carolyn R. Chaney
carolyn.chaney@earthlink.net

**UNITED STATES TRUSTEE**
**(via electronic notice)**
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV